Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

miLes S. Hanson JR

§
§
versus
§        CIVIL ACTION NO. _____
§
Texas Deptment
§
of crimenal
§
Justice
§

ORIGINAL COMPLAINT

IT started in my cell. my cell mate was stealing my food and I Told Him THat if He Did THat again THat we were going To Have problems well it Happend again. so we went To fighting so tHey Hand cuffeo me and I Remember walking Towards tHe stairs and THat was it I woke up in THe Hospital 6 Days Later. (I found out THat THe gaurd pushed me Down THe stairs) I Have witnesses. THey Life flighted me I got A fractured knee Right side Broken Neck and Back. 12 preces of metal in my Back, Broken Nose, sticHes in Right cHeek, sticHes in my Right eyeBrow, 19 staples in my skull. THey Revived me 2 times other wise I would Have Died I met THe guy (over)

That Revived me and He said all He knows is that I Had A ass whipping coming That Night I Recently Had a cat scan Done and I Have pRoBlems with my Neck also I Have DouBle vision and my Hands Dont work very good and I'm on A walker It's so Hard on me That I Have to Take a Lot of medicine I can't work. I'm filing for DisaBility. I can only sit for 3 on 4 Hours Then I Have To go Lay Down I cant walk But A 100 feet Before I either fall Down or That I Have To Lay Down I'm in Really Bad shape

Original complaint
Page2

That Revived me and He said all He knows is that I Had a ass whipping coming That night I Recently Had a cat-scan Done and I Have problems with my neck surgery. also I Have Double Vision and my Hands Dont work very good and I'm on a walker. ITS SO Hard on me That I Have To Take a lot of medicine. I can't work I'm filing for Dissbility, I can only sit for 3 or 4 Hours Then I Have To go Lay Down. I can't walk but About 100 feet I'm on A walker and I fall Down I Have To go Lay Down, I'm in Really Bad shape, I Have witnesses who seen it and I Have all my medical Records