4:20-CV-386

Miles Hanson
TDCJ # 2006914

Order For more Definite
Statement

United States Courts
Southern District of Texas
FILED

JUN 25 2020

David J. Bradley, Clerk of Court

Plaintiff's more Definite statement

① On June 26, 2014

② I can't Remember

③ Huntsville, Texas   Walker county

④ Witnesses say They seen The gaurd
→ Pushe me Down The stairs Handcuffed

⑤ its in The incident report

⑥ His name is in The incident report
From witnesses They Have Told me
That The gaurd pushed me Down The
stairs Handcuffed
    He failed To inter Lock His and
My arms Together otherwise I never
would Have ~~reced~~ recived so much
Damage To my Body

Miles Hanson
TDCJ # 2006914

Continuation
of
Definite
Statement

(7) He didn't use proper protacal
in my welfare and safty
The gaurds name is in incedent Report
I was a Treated as A piece of
gar bage and pushed Down The stairs
Hand cuffed
I Think His idea is That i got
into A fight with my cell mate
so That He was going Teach me A Lesson
The incident Happened on
January 27, 2018

(8) it all started as A fight with
my cell mate for stealing my food
and Talking real Bad To me
and Then The gaurds pulled ~~ay~~ Him
outof The cell first
and Then They come To get me and
~~Kind e~~ Hand cuffed me
But Didn't Have A camera for
Documentation of The escort process

Miles Hanson
TDCJ#2006914

continuation of Definite statement

⑧ continued

So I was escorted By one Hand
Holding my Shirt sleeve
and I Have witnesses stating that
The gaurd pushed me Down The stairs
Hand cuffed
and I sufferd greatly from This action

⑨ No verbal Threats
Because I already Knew That I was
going To Lock up
I didnt make any sudden moves
either
I was at The end of my
sentance So nothing wasNt going
To Happen Because I wanted To
make Parole

⑩ No Because I wanted To make
Parole
I'm not a verbal guy I Have
Respect for The gaurds
I Sure DidNt Deserve Being
Pushed Down The stairs Hand cuffed

Miles Manson
TDCJ# 2006914

Continuation of Definite statement

(11) The gaurd Didn't recieve any injurys

(12) all my injurys are
split open skull and it took 19 staples
4 stiches in Right eye Brow
4 stiches in Right Cheek
Broken nose
7 Broken vertebra in my neck and Back ALL THat Required A Life flight To Do emergency surgery
12 Pieces of metal in my neck and Back
I Have severe nerve Damage To My spinal cord, Double vision
I Have Both Hand an Both Arms Partial Paralizaton
1 compound frature of my middle Back vertabra
and A fractured Right knee
I wear A neck Brace all THe Time and I walk with a walker
I Have Double vision
and I fall Down A Lot now

Miles Hanson
TDCJ # 2006914

continuation of Definite statement

(13) I Don't Know Mr Sherman By First name Basis
all I Know is THat I met Him at THe estelle Unit and the Told me aBout THe 2 times THat Him and MRS Sismer were the ones WHo Revived me and THat if THey Didn't revive me THat I would Have Died THat night Because I wasn't Breathing WHEn MR Sherman + mRS Sismer revived me BotH times
I Don't Know THe 2 nurses By first Time
I Just guess THat THey are employed By UTMB

(14) I was Life flighted for emergency surgery at Herman Memorial Hospital THen I was Taken To Jester 3 Unit for Recovery and one of THe Lady said THat I sHould still Be at THe Hospital
I can't RememBer who was Treating me

Miles Hanson

continuation of print te statement

(17) continued
I got Transfered To The estlele
unit after 3 months
But Before That I was sent
Back To The wynne unit in Hantsville
and I couldnt even walk
and at The wynne unit The gaurds
were using me as A spectieale
Piece
untiL I finally got shoved into
A van on The floor and all
That Bouncing around Hurt Me
so I arrived at estlle were They
Tryed To make me walk and
it was so Bad I Thought That I
could walk But i fell Down
so They told me To not get
out of my wheeLchair
I still couldnt use my Hands
To make The wheelchair move
so I used my Legs and feete
To move around
and The Therapy Doctors said That
I was faking my illness

MILES HANSON
TDCJ # 2006914

continuation of Definite statement

(14) continued
       So I did make Parole and I got
out on October 26, 2018
and I got A gold card in Houston
for my medical needs
and so I was sent to Therapy And
I couldn't even Do what she was
asking me to Do
so I got my therapy put on Hold
No I Have got metro List To
get Any where
       My Doctor referred me to THE
Nero surgon in Houston To see if
I can get something Done about
my Hands and arms
so I Have 2 Doctors for my
PCP Dr Juneaja
and mental Health Dr Shamim
I'm on many medications and
I really Don't get Any relief
I Hurt so Bad Now

(15) come on I Didn't keep Track
     of all THE Dates for Treatment

JAMES HANSON
TDCJ# 2006914

CONTINUATION of definite statement

(15) Continuation
all I Know THat THeir Has Been A slow
process. and I'M not any Better
2 years Later

(16) I Have No Idea who was Treating
me. I Have recieved severe Head
injury and I Dont rememBer ALot

(17) yes — Herman memorial for 6 days
Jester 3 for 3 months MONTHS
estelle for 5 months and THEN
I made parole and went Home
on October 26, 218

(18) methocarBamL 750 mg 1 TaB 4 X daily
gaBapentin 600 mg 1 TaB 3X daily
acetaminopHen-codine 300/30mg 1TaB 2X daily
mecLizine 25mg 1 TaB daily
amitriptyline 25mg 3 X Daily
Levothyroxine 5cg TaBlet 1 TaB Daily
carvediloL 3.125mg 1 TaB 2X Daily

I Have To Take more mental HealtH
medication Now
Quetiapine Fumarate 400mg 1 TaB at BedTime
carBamazepine 200mg 3 TaB at Night
TrazaDone 100 mg 3 TaB at BedTime

Charles Hanson
TDCJ# 2006914

continuation of Definite statement

(19) my medical condition is not getting
any Better I still Have Limited
sitting time and Nothing Has Changed
in my Balance and DouBle vision
is really messing me up
and I still fall Down from Being
unBalanced. I still Drop Things
and I Have To get some pressure off
my neck so I Lay Down alot
I'm in really Bad shape now
concidering I could Run Before
Didn't need emergency surgery
Never Had To Have A neck Brace
and I surly Did Nt need a walker
and I never Had To ride A Bus
Before
   I also need To wear reading glasses
   Now after my fall

   NO Prexisting condition
      All Due To The fall
   I'm really Not aBile To work
Now I'm reduced To A $776.00 a month
check from social security and now They
Took away my 194.00 A month food stamps
Because I Have A really Laughing stock of
A Disability check That They expect me
To Live, eat, Travel off of 776 A month

Miles Hanson
TDCS # 2006914

(19) continued

I only Have The name of my PCP Doctor Dr. Junager I Don't remember alot of Things But I Have 1400 pages plus of medical records from prision system and The Hospital That performed The surger

since I got out I Have not got my medical records from Harris Healty system To Date But I'm sure That Theres Theres plenty of medical records That explain all about my condition for The last 2 years That I Have Been out of prision

I was in A wheelchair for The Last 10 months of my prision stay from January 27, 2018 until I was paroled on October 26, 2018

and my son came To pick me up and They wheeled my To my son's car in A wheelchair

My son was crying because of my condition

Today I wear A neck Brace full Time and walk very slowly with A walker

Miles Manson
TDCJ# 2006914

Continuation of Desinate statment

(20) Yes my injuries Limit me Daily
I Have A Hard Time Holding on To
Things I Drop my Dinner plate on
A regular Basis  I Have To Hold
The pen with Both Hands To write
# All This,  I Have Trouble shaving
I'm reduced To eating finger foods
Because cooking Anything else Is
Just To Tiring for me
It's A Daily struggle

(21)   No I didn't file A grievence
Because All my injuries speak
for Thengelves
I'm Broken up, miserable, unemployed
alot of sleepless nights
fall Down all The Time.
I worked right up untill I Had The
accident Jan 27, 2018
No Date

(22)  I seen where The grievence procedure
Didnt work so in my 4years and
4months in prison I came To The
conclusion That Trying To getting any
Thing Done was worthless

MILES HANSON
TDCJ # 2006914

continuation of Definite statement

(23) yes I recieved A major case for
The fighting incedent
I was found guilty and punisment was
accessed as A minor case 30 Days
commissary and 30 Days recreation
      copy attatched incedent report
and  UCC/classification
  even THe incedent report was crooked
Major Burleson Had Told me THe Day
we Had A conference call THat I fell
Down 3 or 4 stairs THats A Lie
Because 3 or 4 stairs would not Have Broken
me up and I also Have people That seen it
Happen That I got shoved Down A wHole
flight of stairs Handcuffed
complete cover up Because
major Burleson wasn't THere and
incorrect information

(24)  no appeal was filed Because I was
guilty of fighting
    THe other offender sergio CHaveS
was guilty of stealing my food
and He was Telling me so what what
am I going To Do about it
so we went To fighting
    I still managed To make parole

continuation of Definate statement

(25) No instances of Being A Tuff
guy all I wanted to Do is go Home
and I ended up Disabled permanatly

(26) I'm asking THe court To
Agnollage THat TDCJ was in
Complete neglect of my safty
and my Life was in THier Hands
while I was in Handcuffs
and THe gaurd was A Hard ass
gaurd and THats THe way THat He
carryed Him self
His Name will Be in THe
Prision incedent report
and I want To find out Just How
Long I wasn't Breathing for
2x

(27) My Height is 6 feet and my
weight is 255

I have Never weigthed THis much
Because I can't exercize
and I'm really miserable

MiLes Hanson
TDCJ# 2006914

continueation of Definite statement

(28) My complete Name is,
miles S. Hanson Junior
miles Hanson
Nick Name Chipper Hanson
I Have never sued any one Before
and wasn't even concidering
This one until I got my Bearing
straigted out That To several
months
My mom Told me allong with other
Nurses offenders That I should
Pursue Legal action

(29) The Number That I Had ~~was~~
at the Time of This incedent
was 2006914
This was my 5TH fellony
I Had 4 other Numbers
But I Don't remember Them
Have To Remember That This
incedent split my skull open
Besides All The broken Bones in
my skull area and Neck and Back

(30) I Honestly Dont Remember all
of my 5 convictions
except This one Here
aggrivated assult 5 years  TDCJ#
2006914

Miles Hanson
TDCJ# 2006914

Continuation of Desinte statement

(31) No other Lawsuits
This is my first and ~~Hope~~ Hopfully
only case ever filed
Case 4:20-CV-00386
No outcome Yet

(32) No other Lawsuits

I swear under penalty of purguiry
That These answers are True and
Correct To The best of my Knowledge

Miles Hanson
6-25-2020

TDCJ DISCIPLINARY REPORT AND HEARING RECORD
CASE: 20180157749 TDC NO: 02006914 NAME: HANSON, MILES          RA: S.A
UNIT: 33   HSNG: IHF3   O2      JOB: UNASGN MEDICAL              IQ: 068
CLSS: S3? CUST: S2  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS: LMHA
GRDE: M4 / PD   OFF. DATE: 01/27/18  06:00 PM  LOCATION: J2 MISCELLANEOUS
TYPE: ID

                          OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT J9 A2-8-22, OFFENDER: HANSON, MILES,
TDCJ-ID NO. 02006914, DID ENGAGE IN A FIGHT WITHOUT A WEAPON   WITH OFFENDER
CHAVEZ, SERGIO TDCJ#1949770, BY PUNCHING EACH OTHER .  MOREOVER, THE FIGHT
RESULTED IN INJURIES TO OFFENDER CHAVEZ THAT REQUIRED TREATMENT UP TO FIRSTAID.


CHARGING OFFICER: DEMBY, B. SGT                 SHIFT/CARD: 2 8
                          OFFENDER NOTIFICATION  IF APPLICABLE INTERPRETER
TIME/DATE NOTIFIED: _____ -/6/18_____ BY: (PRINT) _____
YOU WILL APPEAR BEFORE  HEARING OFFICER 24-HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE  DO YOU WANT TO ATTEND THE HEARING  YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _____  DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT  24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING
OFFENDER WAIVER SIGNATURE: _____      DATE: _____
                          HEARING INFORMATION
HEARING DATE: 2b1b48 TIME: 4057 MONT J3 FOLDER  D  FILE 108 DSFILE
COUNSEL SUBSTITUTE AT HEARING: N/A      FOLDER      FILE      DSFILE
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) _____

OFFENDER STATEMENT: He had been bullying me for a week The CO had
told me to plug in the electronics I could only take so much of it He hit
OFFENSE CODES: V _____ 21.0 _____     me first
OFFENDER PLEA: (G, (NG) NONE) ___ NG _____
FINDINGS: (G, NG, DS) _____ G _____
REDUCED TO MIN (PRIOR TO DOCKET) __ (DOCKET) __ (HEARING) __ BY: (INITIAL) __
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A) ADMI____ OF GUILT, B) OFFICER'S REPORT, C) WITNESS TESTIMONY, D) OTHER.
EXPLAIN IN B _____
                  Admission of guilt

                          PUNISHMENT
LOSS OF PRIV (DAYS) _____    REMAND.............    SOLITARY (DAYS)....... 1 Supp
 *RECREATION (DAYS) _____    (RA DUTY (HOURS)....    REMAIN LINE 3........
 *COMMISSARY (DAYS) _____    CONT. VISIT SUSP. THRU __/__/__  REDUC. CLASS FROM __ TO __
 *PROPERTY (DAYS) _____      CELL RESTR (DAYS)....   GOOD TIME LOST (DAYS).....
 * OTS (DAYS)....            SPECIAL CELL RESTR (DAYS).... DAMAGES/FORFEIT. $ _____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____

CREDIT FOR PRE-HEARING DETENTION TIME? YES (DAYS) ____  NO / NA
DATE PLACED IN PRE-HEARING DETENTION: __ NO  HEARING LENGTH: _____ (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: _____
Cpt. W. Gray
HEARING OFFICER (PRINT)   WARDEN                 REVIEWER SIGNATURE
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-18) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

### Inter-Office Communications

*Inf302*

To _Hanson, Miles # 2006914_          Date _2-23-18_
　　Inmate Name, TDCJ#

From _UCC/Classification_          Subject  Inmate Notification of UCC Review

Due to your refusal to attend or (exclusion) from (circle one) a Unit Classification review conducted
on _2-23-18_ , you were reviewed in absentia. The decision of the committee is
listed below.

_Seen for Disc 21.0 ._

_Remain G2/S3_

Committee Members:

Chairperson _Patricia Demursay_

Member _Shuttal Franklin_

Member _Stacey Barrera_

Original - Inmate
Copy - Inmate Classification Folder

SSP - 120 (8/91)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20200521-105

Miles S Hanson
11410 Mullins Drive
Houston, TX US 77035

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, May 21, 2020
Case Number: 4:20-cv-00386
Document Number: 7 (5 pages)
Notice Number: 20200521-105
Notice: The attached order has been entered.

United States District Court
Southern District of Texas

**ENTERED**

May 21, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

MILES S. HANSON, JR.                     §
                                         §
                                         §
        Petitioner,                      §        CIVIL ACTION NO. 4:20-cv-386
                                         §
v.                                       §
                                         §
TEXAS DEPARTMENT OF                      §
CRIMINAL JUSTICE,                        §
                                         §
        Respondent.

## <u>ORDER FOR MORE DEFINITE STATEMENT</u>

Plaintiff, filing *pro se*, claims a violation of his civil rights.  By **June 29, 2020**, plaintiff must submit a more definite statement of the facts involved in this action.  The response must be labeled:  "Plaintiff's More Definite Statement."

Plaintiff must answer each of the following questions:

(1)     Provide the date that you were admitted to the Texas Department of Criminal Justice – Correctional Institutions Division ("TDCJ") most recently.  If you do not know the exact date, provide an approximate date (month/year).

(2)     Provide the dates of any prior admissions to TDCJ and the dates of your release.

(3)     Where and when did the alleged violation of your constitutional rights occur?

(4)     How were your civil rights violated?

(5)     List the names of each defendant whom you claim violated your civil rights.

(6)     For each of the defendants named above, describe precisely how that defendant was personally involved in the violation of your civil rights.

(7)   Regarding the use of excessive force or assault alleged in your complaint, state in detail by whom you were assaulted, why you were assaulted, and how you were assaulted. When did the incident occur?

(8)   Fully describe the situation immediately before the use of excessive force or assault occurred.

(9)   Did you make any verbal threats or threatening moves?  If so, give details.

(10)  Did you do anything that the guards may have thought was a verbal threat or threatening move, however wrong they might have been?  If so, give details.

(11)  Describe the guard's injuries in detail.

(12)  Describe all your injuries in detail.

(13)  If your complaint you state that you had to be revived two times by "Mr. Sherman." Identify Mr. Sherman by first and last name.  Identify the entity that employs Mr. Sherman and Mr. Sherman's job title.

(14)  What medical treatment have you received from your injuries to date?

(15)  On what dates did you receive medical treatment?

(16)  For each occasion that you received medical treatment, state who (name and title) rendered the treatment.

(17)  Were you hospitalized?  If so, for how long and where?  Provide exact dates, but if exact dates are not known, provide the month and year.  Provide the city the hospital is located in.

(18)  What medication have you been given for your injuries?

(19)  What is your medical condition now?  Be specific.  Please explain whether those conditions are the result of the incident complained-of here or were pre-existing

2

conditions you had at the time of the use of force or assault. Also, provide the name(s) of the medical provider who made this diagnosis and state when (what date) this diagnosis was made.

(20)   Do your injuries interfere with your ordinary activities? If so, explain.

(21)   Did you file a grievance concerning the assault? If so, when did you file the grievance? If you do not know the exact date, provide an approximate date (month/year).

(22)   If you filed a grievance concerning the assault, what result did you receive? If you did not file a grievance, explain why not.

(23)   Were you charged with a disciplinary case arising out of the incident? If so, give full details, including offense charged, whether found guilty or not guilty, and punishment assessed, if any. If possible, provide a copy of the Disciplinary Hearing Report and Record for the proceeding.

(24)   If you were found guilty of the disciplinary charges, have you filed an appeal? If an appeal was filed, what result, if any, have you received?

(25)   Besides the incident involved in this lawsuit, have you had any disciplinary charges in the institution (or any institution) for threatening or striking an officer? If so, give full details.

(26)   What specific relief are you requesting from the Court?

(27)   What is your height and weight?

(28)   State, in complete form, all names you have ever used or have been known by, including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

(29)    List all TDCJ identification numbers you have ever been assigned and all other jail and state or federal prison numbers ever assigned to you (for example, county jail SPN numbers, federal prison register numbers, etc.).  For all numbers listed, identify the particular institution that assigned the number.

(30)    List all of the offenses for which you have been convicted and the dates those convictions were entered.

(31)    List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

(32)    Have any of your lawsuits been dismissed as frivolous, malicious, duplicative, successive or repetitive, including but not limited to, cases dismissed under 28 U.S.C. § 1915?  If so, list all such lawsuits, including the full case number and full case name.

Plaintiff must submit the responses by copying each question as posed by the Court and writing the answer under each question, in numbered paragraphs corresponding to each question. Plaintiff must answer each question based on his personal knowledge of the facts.  Plaintiff's responses must be complete and must not refer the Court to information contained in other pleadings previously submitted.  Plaintiff must also include at the end of his More Definite Statement the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

By **June 29, 2020,** plaintiff must respond to this order by submitting to the Clerk his More Definite Statement.  The Clerk will not issue summons until plaintiff's supplemental statement is evaluated by the Court.  <u>Failure to comply as directed may result in the dismissal of this action</u>.

SIGNED at Houston, Texas on May 21, 2020.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE