UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

Note Number: __14__                    Case Number: _____

Dear Judge Bennett:

☒   We would like to take a break until __15__ : __30__ .

☐   We have reached a verdict.

☐   _____

**SIGNATURE REDACTED**

_____ Foreman

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*