THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILES S. HANSON, JR., § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO: 4:20-cv-386 |
| CHARLES K. CHEGE and § | |
| JOHN HERSHISER III, § | |
|    Defendants. § | |

TRIAL DEPOSITION DESIGNATIONS OF PLAINTIFF MILES S. HANSON, JR.

Joel Gauna Deposition, January 17, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 5:19 | 6:8 |
| 6:22 | 6:25 |
| 8:25 | 8:25 |
| 9:2 | 9:12 |
| 9:23 | 10:8 |
| 10:16 | 10:20 |
| 11:3 | 12:5 |
| 16:1 | 16:3 |
| 16:19 | 17:6 |
| 20:18 | 21:7 |
| 21:23 | 22:9 |
| 25:9 | 25:14 |
| 26:2 | 26:6 |
| 27:8 | 27:25 |
| 28:2 | 29:6 |
| 31:22 | 34:2 |

| Start Page: Line | End Page: Line |
|---|---|
| 34:10 | 34:14 |
| 35:23 | 36:18 |
| 36:23 | 37:7 |
| 37:15 | 37:22 |
| 39:9 | 39:25 |
| 40:2 | 40:9 |
| 40:14 | 40:21 |
| 45:8 | 46:1 |
| 49:8 | 50:1 |
| 50:11 | 51:13 |
| 52:23 | 54:3 |
| 58:9 | 59:13 |
| 59:19 | 59:25 |
| 60:5 | 60:12 |
| 63:3 | 63:15 |
| 71:13 | 72:4 |
| 73:12 | 75:10 |
| 75:16 | 78:13 |
| 80:17 | 81:25 |
| 86:2 | 86:23 |
| 100:24 | 102:12 |
| 103:7 | 103:15 |
| 111:10 | 111:23 |
| 112:19 | 113:4 |
| 113:11 | 113:23 |
| 114:20 | 114:25 |
| 115:4 | 115:10 |

| Start Page: Line | End Page: Line |
|---|---|
| 115:20 | 116:2 |
| 116:7 | 116:9 |
| 116:12 | 116:15 |
| 124:9 | 124:21 |
| 126:11 | 126:22 |
| 136:25 | 137:15 |
| 138:13 | 138:21 |
| 139:6 | 139:21 |
| 141:12 | 142:1 |
| 149:17 | 149:18 |
| 153:9 | 153:15 |
| 163:9 | 163:4 |

**Rocky Neil Moore Deposition, March 28, 2023**

| Start Page: Line | End Page: Line |
|---|---|
| 6:14 | 6:17 |
| 6:20 | 7:10 |
| 18:17 | 19:10 |
| 22:11 | 22:20 |
| 23:3 | 23:17 |
| 29:2 | 29:17 |
| 33:18 | 34:2 |
| 37:2 | 37:19 |
| 47:21 | 47:24 |
| 53:7 | 53:25 |
| 54:4 | 54:9 |

| Start Page: Line | End Page: Line |
|---|---|
| 55:13 | 55:21 |
| 57:1 | 57:1 |
| 64:23 | 65:7 |
| 65:13 | 65:16 |
| 66:2 | 67:3 |
| 67:5 | 67:12 |
| 67:14 | 68:21 |
| 68:25 | 69:5 |
| 69:8 | 69:12 |
| 69:22 | 69:25 |
| 70:2 | 71:25 |
| 72:2 | 73:25 |
| 74:2 | 74:2 |
| 74:16 | 75:15 |
| 83:4 | 83:19 |
| 92:21 | 93:7 |

**Stanley Iwundi Deposition, March 28, 2023**

| Start Page: Line | End Page: Line |
|---|---|
| 6:5 | 6:6 |
| 7:21 | 8:4 |
| 10:12 | 10:24 |
| 13:19 | 13:21 |
| 17:8 | 17:16 |
| 20:13 | 21:14 |

| Start Page: Line | End Page: Line |
|---|---|
| 24:24 | 25:23 |

**Glen Birnbaum Deposition, January 6, 2023**

| Start Page: Line | End Page: Line |
|---|---|
| 7:1 | 7:10 |
| 7:15 | 10:22 |
| 10:13 | 10:22 |
| 12:5 | 12:21 |
| 14:11 | 14:20 |
| 25:5 | 26:17 |
| 28:10 | 29:10 |
| 29:19 | 29:23 |
| 30:8 | 30:14 |
| 32:5 | 32:14 |
| 33:4 | 33:17 |
| 35:12 | 35:17 |
| 35:20 | 36:1 |
| 36:4 | 36:7 |
| 36:10 | 36:22 |
| 36:25 | 39:6 |
| 39:9 | 39:17 |
| 39:20 | 42:25 |
| 43:3 | 43:9 |
| 44:3 | 45:23 |
| 46:1 | 46:3 |
| 46:9 | 46:23 |

| Start Page: Line | End Page: Line |
|---|---|
| 50:20 | 53:13 |

**Warren Worthy Deposition, August 5, 2024**

| Start Page: Line | End Page: Line |
|---|---|
| 11:22 | 14:7 |
| 17:8 | 48:14 |

Respectfully submitted,

BRACEWELL LLP

*/s/ Madeline F. Fogel*
Madeline F. Fogel
madeline.fogel@bracewell.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-1454

DUANE MORRIS LLP

*/s/ Joseph M. Cox*
Joseph M. Cox
JMCox@duanemorris.com
100 Crescent Court, Suite 1200
Dallas, Texas 75201
(214) 257-7252
Jared D. Vann
JVann@duanemorris.com
1330 Post Oak Blvd, Suite 800
Houston, Texas 77056
(713) 402-3923

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2024, a true and correct copy of the foregoing document was served on counsel of record pursuant to the Federal Rules of Civil Procedure, via electronic mail.

*/s/ Madeline F. Fogel*
Madeline F. Fogel

6