United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILES S HANSON, JR., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00386 |
| JOHN DOE CORRECTIONAL OFFICER, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

The jury returned a verdict in this case on November 14, 2024. Doc. #166. As such, the parties are hereby ORDERED to submit a proposed final judgment consistent with the jury's verdict within seven (7) days of the entry of this Order.

It is so ORDERED.

MAR 1 8 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge