UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILES S. HANSON, JR., § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:20-CV-00386 § JOHN HERSHISER, III, § § Defendants. § § | |

# FINAL JUDGMENT

This case was called to trial on November 12, 2024. Plaintiff Miles S. Hanson, Jr. ("Plaintiff") and Defendant John Hershiser, III ("Defendant") appeared through their attorneys of record and announced ready for trial. A duly empaneled jury heard the evidence and, on November 14, 2024, delivered a verdict. Doc. #166. In accordance with the jury's verdict, it is hereby ORDERED that Plaintiff TAKE NOTHING on his claims and that this case is DISMISSED WITH PREJUDICE.

It is further ORDERED that this Final Judgment disposes of all claims and parties in this lawsuit and is therefore FINAL.

It is so ORDERED.

MAR 2 6 2025
Date

The Honorable Alfred H. Bennett
United States District Judge