United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MILES S HANSON, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-00386 |
| § | |
| JOHN HERSHISER III, § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

Before the Court is Defendant's Response in Opposition to Plaintiff's Motion for New Trial (the "Response"). Doc. #173. The Court finds that the Response does not comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that the Response (Doc. #173) be STRICKEN from the record.

Defendant may refile his amended Response in accordance with Rule B.5 within seven (7) days of the entry of this Order.

It is so ORDERED.

APR 3 0 2025
Date

The Honorable Alfred H. Bennett
United States District Judge