Case 4:20-cv-00386   Document 178   Filed on 05/05/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2025
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILES S. HANSON, JR.,<br>Plaintiff,<br><br>v.<br><br>JOHN HERSHISER III,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 4:20-cv-386 |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR NEW TRIAL [DKT. NO. 172]

Before the Court is Docket No. 176, Plaintiff Miles S. Hanson, Jr.'s Unopposed Motion to Withdraw Plaintiff's Motion for New Trial [Dkt. No. 172] (the "Motion"). The Court, having reviewed the Motion, finds that it is well taken.

Plaintiff Miles S. Hanson, Jr.'s Unopposed Motion to Withdraw Plaintiff's Motion for New Trial [Dkt. No. 172] is hereby stricken from the court's filing system and withdrawn.

It is so ORDERED.

__MAY 0 5 2025__
Date

_____
The Honorable Alfred H. Bennett